# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| UNITED STATES OF AMERICA, | Case No. CR 23-87-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| RONNIE WAYNE BONE, | |
| Defendant. | |

Defendant, Ronnie Wayne Bone, having filed a Motion to Appear via Video (Zoom) for Arraignment; IT IS HEREBY ORDERED the Defendant, Ronnie Wayne Bone may appear via video using Zoom for the arraignment, currently scheduled for October 17, 2023, at 1:30 p.m. Defense counsel will contact the Clerk of Court for the Zoom link.

DATED this 5th day of October 2023.

John Johnston
United States Magistrate Judge